# EXHIBIT C

|  |  |
|---|---|
| Instrument Type: | Deed |
| Inst Description: |  |
| Instrument Status: | Recorded and Verified document - moving |
| Instrument Date: | 10/30/2002 12:00:00 AM |
| Recorded Date: | 01/15/2003 12:00:51 AM |
| Instrument Number: | 2003065527 |
| Volume: | DEED |
| Book: | 5442 |
| Page: | 01354 |
| Assoc Instruments1: |  |
| Consideration Amt: | $815,000.00 |

**Parcel ID #1:**

|  |  |
|---|---|
| Parcel ID #: | 40-00-27116-00-6 |
| Municipality: | Lower Merion Township |
| Assessed Value: |  |
| Address: | 748 N ITHAN AVE |
| Address 1: |  |
| City: |  |
| State: |     Zip: |
| Comments: |  |

## Name Information

**Grantor:**

ANN C GIES
WILLIAM J GIES II

**Grantee:**

RHONDA H WILSON



# FIND VOTER REGISTRATION STATUS

**RHONDA HILL WILSON** (Date of Birth: ▮▮▮▮▮▮▮▮▮) is registered to vote in **MONTGOMERY** County

**Status :** ACTIVE

**Party :** DEMOCRATIC

Your voting districts for the upcoming election are listed below, which reflect the new congressional district boundaries.

**United States Congress :** 4TH CONGRESSIONAL DISTRICT

**State Senate :** 17TH SENATORIAL DISTRICT

**State House :** 149TH LEGISLATIVE DISTRICT

If you have any questions about your voter record or voting districts, you may find county election office contact information at www.votespa.com/county (https://www.votespa.com/Resources/Pages/Contact-Your-Election-Officials.aspx#googtrans(en))
If you need to update your voter registration, please visit register.votespa.com (https://www.pavoterservices.state.pa.us/Pages/VoterRegistrationApplication.aspx) and submit an online voter registration application.

Polling Place Address for LOWER MERION 11-3

   HARRITON HIGH SCHOOL
   600 N. ITHAN AVE
   BRYN MAWR, PA  19010
Polling Place Accessibility



Accessibility Criteria (AccessibilityCriteria.aspx?LanguageCode=en-US)
**Directions to Your Polling Place Location**
Please enter the starting address and click the button below to retrieve the directions to your polling place.

 **Address:**

**City**

**State:**

Pennsylvania ▼

**Zip Code**

Get Directions from Here to Polling Place

This website is compatible with the following browsers: