# EXHIBIT D

**BUTLER WEIHMULLER KATZ CRAIG LLP**
By:    Richard D. Gable, Jr., Esquire
           Attorney ID No.:  65842                      *Attorneys for Defendants,*
1818 Market Street, Suite 2740              *The Hartford, Hartford Fire Insurance*
Philadelphia, PA  19103                           *Company and Hartford Casualty*
Telephone:    (215) 405-9191                           *Insurance Company*
Facsimile:     (215) 405-9190

| | |
|---|---|
| RHONDA HILL WILSON, ESQURE<br>          and<br>THE LAW OFFICE OF RHONDA HILL<br>WILSON, P.C. | :   IN THE COURT OF COMMON PLEAS<br>:       OF PHILADELPHIA COUNTY<br>:<br>:           CIVIL ACTION<br>: |
| Plaintiffs, | :       Case No.: 200600877<br>: |
| v. | :<br>: |
| THE HARTFORD<br>HARTFORD FIRE INSURANCE COMPANY<br>THE HARTFORD CASUALTY COMPANY | :<br>:<br>: |
| and | :<br>: |
| USI INSURANCE SERVICES, LLC | :<br>: |
| and | :<br>: |
| USI AFFINITY COLBURN INSURANCE<br>SERVICE | :<br>: |
| Defendants. | :<br>: |

## DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 1441 and 1446,

Defendants, The Hartford, Hartford Fire Insurance Company and Hartford Casualty

Insurance Company, have filed in this matter a Notice of Removal with the Clerk of the

United States District Court for the Eastern District of Pennsylvania.  See Notice of

Removal filed in the Eastern District of Pennsylvania, without its enclosures, attached hereto as Exhibit "A".

**BUTTER WEIHMULLER KATZ CRAIG LLP**

s/ Richard D. Gable, Jr.
_____
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendants, The Hartford, Hartford Fire*
Dated:  July 10, 2020    *Insurance Company, The Hartford Casualty Company*

## <u>CERTIFICATE OF SERVICE</u>

I, Richard D. Gable, Jr., hereby certify that, on this 10th day of July, 2020, a true and correct copy of the foregoing Notice of Filing of Notice of Removal will be served via the Court's Electronic Filing System on the following counsel of record:

Rhonda Hill Wilson
LAW OFFICE OF RHONDA HILL WILSON, P.C.
1500 John F. Kennedy Boulevard
Suite 820
Philadelphia, PA 19102
Phone: 215-972-0400
rhwilson@philly-attorney.com
*Attorney for Plaintiffs*

Christopher P. Leise
WHITE AND WILLIAMS LLP
457 Haddonfield Rd Suite 400,
Cherry Hill, NJ 08002
Phone: 856-317-3646
leisec@whiteandwilliams.com
*Attorney for Defendant USI Insurance Services, LLC*

BUTLER WEIHMULLER KATZ CRAIG LLP


s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.