IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rhonda Hill Wilson, Esquire : | |
| and : | |
| The Law Office of Rhonda Hill Wilson, P.C. : | CIVIL ACTION NO. 2:20-cv-03384 |
| Plaintiffs, : | |
| v. : | |
| The Hartford Casualty Insurance Company : | |
| and : | |
| USI Insurance Services, LLC : | |
| Defendants. : | |

**DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Hartford Casualty Insurance Company files this Motion to Dismiss Plaintiffs' Complaint for failure to state a claim under Rule 12(b)(6) for the reasons set forth in the accompanying Brief which is incorporated by reference herein.

Dated this 28th day of July.  Respectfully submitted,

By: /s/ Richard D. Gable, Jr.
Richard D. Gable, Jr.
BUTLER WEIHMULLER KATZ CRAIG, LLP
Bar No.: 65842
1818 Market Street
Suite 2740
Philadelphia, Pennsylvania 19103
Phone: 267-507-1410
rgable@butler.legal

Sarah D. Gordon – *pro hac vice application pending*
sgordon@steptoe.com

John J. Kavanagh – *pro hac vice application pending*
jkavanagh@steptoe.com
Chris Han – *pro hac vice application forthcoming*
chan@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202-429-8005

*Attorneys for Defendant Hartford Casualty Insurance Company*