# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rhonda Hill Wilson, Esquire | : |
| and | : |
| The Law Office of Rhonda Hill Wilson, P.C. | : CIVIL ACTION NO. 2:20-cv-03384 |
| Plaintiffs, | : |
| v. | : |
| The Hartford Casualty Insurance Company | : |
| and | : |
| USI Insurance Services, LLC | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion of Defendant Hartford Casualty Insurance Company to Dismiss Plaintiffs' Complaint, it is hereby ORDERED and DECREED that Defendant's Motion is GRANTED and Plaintiffs' claims against Defendant Hartford Casualty Insurance Company are hereby DISMISSED WITH PREDJUDICE.

BY THE COURT:

_____

J.