```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Rhonda Hill Wilson, et al.,   :   CIVIL ACTION
                              :   NO. 20-03384
         Plaintiffs           :
    v.                        :
                              :
Hartford Casualty Insurance   :
Company, et al.,              :
                              :
         Defendants           :
```

**ORDER**

**AND NOW,** this **30th** day of **September, 2020,** after considering Plaintiffs' Motion to Remand (ECF No. 8), Plaintiffs' Motion to Dismiss for lack of subject matter jurisdiction (ECF No. 14), Defendant Hartford's Motion to Dismiss for failure to state a claim (ECF No. 12), Defendant USI's Motion to Dismiss for failure to state a claim (ECF No. 9), and the Parties' responses, and after oral argument on the record, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Remand (ECF No. 8) is **DENIED;**

2. Plaintiffs' Motion to Dismiss for lack of subject matter jurisdiction (ECF No. 14) is **DENIED;**

3. Defendant Hartford's Motion to Dismiss for failure to state a claim (ECF No. 12) is **GRANTED;**

4. Defendant USI's Motion to Dismiss for failure to state a claim (ECF No. 9) is **GRANTED**; and, accordingly, Counts I-III in the Amended Complaints (ECF Nos. 3-4) are **DISMISSED with prejudice** and the case shall be **MARKED CLOSED**.

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_____
**EDUARDO C. ROBRENO, J.**